UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 09-5079-VBF(FMOx)**                             Dated: **December 7, 2009**

Title:    Salvador Ayala -v- The City of San Buenaventura, et al.

---

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, UNITED STATES DISTRICT JUDGE

Rita Sanchez                        Rosalyn Adams
Courtroom Deputy                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

Brian A. Vogel                      Andy H. Viets
                                    Alan E. Wisostsky

PROCEEDINGS:   SCHEDULING CONFERENCE

Case called, and counsel make their appearance.

As more fully reflected in the reporter's notes, the Court states that the Parties must comply with meet-and-confer requirements under Local Rule 7-3 for motions in limine.

The Court sets the following schedule in this case:

Trial: October 19, 2010 at 8:30 a.m.
Final Pretrial Conference: October 4, 2010 at 2:30 p.m.
Motion Filing Cut-Off: July 26, 2010
Non-Expert Discovery Cut-off: May 31, 2010

Initials of Deputy Clerk   rs

:7 min

Expert Discovery Cut-off: July 12, 2010
Initial Expert Disclosure Deadline: June 15, 2010
Rebuttal Expert Disclosure Deadline: June 30, 2010
Settlement Conference Held By: March 31, 2010

The Court orders the Plaintiff to add additional parties no later than February 15, 2010.

As more fully reflected on the record, the Court raises the issue of whether the Plaintiff's state causes of action are duplicative, and advises the Parties to consider trial of both federal and state claims. The Court also directs the Parties to meet and confer regarding the ordering of discovery and trial as to *Monell* liability.

Initials of Deputy Clerk  rs

:7 min