Alan E. Wisotsky (SBN 68051)
Jeffrey Held (SBN 106991)
LAW OFFICES OF ALAN E. WISOTSKY
300 Esplanade Drive, Suite 1500
Oxnard, California  93036
Tel:    (805) 278-0920
Fax:    (805) 278-0289
E-mail: lawyers@wisotskylaw.com

JS-6

Attorneys for Defendants COUNTY OF VENTURA and VENTURA COUNTY SHERIFF'S DEPARTMENT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR AYALA, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE CITY OF SAN BUENAVENTURA, THE SAN BUENAVENTURA POLICE DEPARTMENT, OFFICER ERIC JACKSON, OFFICER DOUG CLEAVENGER, THE COUNTY OF VENTURA, THE VENTURA COUNTY SHERIFF'S DEPARTMENT, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | No. CV 09-5079 VBF (FMOx)<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

The Honorable Percy Anderson, United States District Judge, hereby orders as follows:

　　1.　　The Court has reviewed and accepts the concurrently filed stipulation of the parties concerning the prejudicial dismissal of this entire action in this or any other federal or state court;

　　2.　　In consequence, the Court enters this order;

　　3.　　The Court orders the prejudicial dismissal in this or any other federal or state court of all named and fictitious parties;

4. All individual defendants are prejudicially dismissed in all of their capacities, personal, individual, and official;

5. The defendants are fully and permanently absolved of any obligation to plaintiff of any past, present, and future: special (economic) damages; general (non-economic) damages; punitive damages; equitable and declaratory relief; fees of any attorneys, whether of record or not; discovery rights; and ordinary and extraordinary (expert) costs, whether incurred or paid, arising from the matters which are or could have been alleged in the complaint in this action;

6. As a result of the prejudicial dismissal of all aspects of this litigation, all litigation events and deadlines are dissolved;

7. The parties agree that pursuant to paragraph 30 of the Settlement Agreement, the Court shall retain jurisdiction over this matter in the event any dispute concerning the meaning or enforcement of the Settlement Agreement arises between the parties.

**IT IS SO ORDERED.**

Dated:   June 12, 2010

PERCY ANDERSON
United States District Judge